



**FILED**

**May 20, 2020**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:20-cv-00354

**RECEIVED**

MAY 20 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

To the honorable Dwane L. Tinsley

I would like to File a civil suit,
but I would be ask to be refered to the public
Defenders office for councler.

I've been in mcDowell for almost 5years
and durning that time I had minior Osteoarthritis,
wich now is become severe to the point I can
bearly walk most of the time. I Followed all
instructions did what I was told by my medical
staff, And For years I was only given commicy sheet
to order Iboprofen 200 mg In wich I did,
This is malpractice on mcDowell medical statts.
I don't have much time in custody but I've suffered
For years. So I'm asking for a lawyer to File a
lawsuite.     Thankyou
                    Leonti March 50611-037
Heres a accession Number 202#BQP00168902