

FILED

JUN - 1 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Leonte Mack

50611 - 037

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

CIVIL ACTION NO.   1:20-cv-00354
*(Number to be assigned by Court)*

United States of America
Warden John Doe
Warden Jane Doe
Warden C. Maruka
*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

**COMPLAINT**

**I.     Parties**

A.    Name of Plaintiff:    Leonte Mack

Inmate No.:    50611- 037

Address:    P.O. Box 1009

Welch, WV 24801

B.    Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff:    _____

Inmate No.:    _____

Address:    _____

_____

Name of Plaintiff:    _____

Inmate No.:    _____

Address:    _____

_____

C.    Name of Defendant:    _Jane Doe_____

Position:    _Warden_____

Place of Employment:    _FCI McDowell_____

_____

D.    Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant:    _United States of America_____

Position:    _____

Place of Employment:    _Washington DC_____

Name of Defendant:    _Warden John Doe_____

Position:    _Warden_____

Place of Employment:    _FCI McDowell_____

_____

2

II.    **Place of Present Confinement**

Name of Prison/Institution:    _FCI McDowell_

A.    Is this where the events concerning your complaint took place?

Yes _✓_    No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes _✓_    No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _✓_    No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _Still exhausting administrative Remedy. Provided level one response as Ex. 6._

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____    No _✓_

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

2.    Court (if federal court, name the district; if state court, name the county);

_____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

## IV. Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

_____

_____ "See Attached" _____

_____

_____

_____

_____

_____

4

## V.    Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments.
Cite no cases or statutes.

Award compensatory damages, punitive damages, monetary damages, cruel & unusual punishment damages, mental & physical anguish damages, pain & suffering damages & any other damages this honorable court deems appropriate in this matter.

Signed this 29th day of MAY, 20 20.

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 5-29-2020.
        (Date)

_____
Signature of Plaintiff